IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. BUESGENS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. C 09-00300 WHA

**ORDER DISMISSING CASE**

    Plaintiff, acting *pro se*, filed this action against the United States of America, the Department of Housing and Urban Development, and several individual defendants, and the case was reassigned to the undersigned. Plaintiff, however, is subject to a court order from the Western District of Texas that restricts his right to file actions in any federal court. *See Buesgens v. Travis County, Texas*, Case No. A-07-CA-427, Dkt. No. 4. Plaintiff has filed numerous actions in this district and has repeatedly been denied leave to file. *See* 09-80109, Dkt. No. 3 (summarizing plaintiff's recent litigation history). In this instance, plaintiff failed to seek leave of the Court before filing this lawsuit, as required by the pre-filing review order. Furthermore, upon review of the pleading it is evident that this action falls within plaintiff's long history of frivolous court filings. This matter is therefore **DISMISSED** with prejudice. Judgment will be entered.

    **IT IS SO ORDERED.**

Dated: August 31, 2009.

                                                               WILLIAM ALSUP
                                                               UNITED STATES DISTRICT JUDGE